# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA



FILED
OCT 08 2019
Clerk, U.S. District and Bankruptcy Courts

TYRONE HURT,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Civil Action No. 19-2785 (UNA)

## MEMORANDUM OPINION

Plaintiff filed his complaint and application to proceed *in forma pauperis* in the United States District Court for the Northern District of Illinois. This action has been transferred to this district under 28 U.S.C. §§ 1404(a), 1406(a). Plaintiff has been barred from proceeding *in forma pauperis* in the United States Court of Appeals for the District of Columbia Circuit, *see Hurt v. Soc. Sec. Admin.*, 544 F.3d 308, 311 (D.C. Cir. 2008) (per curiam), and in this district court, *see Hurt v. The Declaration of Independence*, No. 07-0647 (D.D.C. Jan. 9, 2009). Accordingly, the Court will deny plaintiff's application to proceed *in forma pauperis* and dismiss his complaint.

An Order is issued separately.

DATE: Oct 7, 2019

CHRISTOPHER R. COOPER
United States District Judge

FILED
OCT 04 2019
Clerk, U.S. District and
Bankruptcy Courts

CHRISTOPHER R. COOPER
United States District Judge